LI & TSUKAZAKI,
Attorneys at Law, LLLC

| | |
|---|---|
| MATT A. TSUKAZAKI | 4968-0 |
| TYLER A. TSUKAZAKI | 10326-0 |
| ALBERT K. LI | 11338-0 |

733 Bishop Street, Suite 1770
Honolulu, HI 96813
Telephone: (808) 524-4888
Facsimile: (808) 524-4887
E-Mail: mat@lt-hawaii.com
tat@lt-hawaii.com
akl@lt-hawaii.com

Attorneys for Defendants
ASSOCIATION OF APARTMENT OWNERS
OF WAILEA EKAHI, CAROLYN ANTHONY,
DAVID BERMAN, ROBERT CURRAN,
RICHARD LINDSETH, and DAN MCKENNA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| CARL STRAUB, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASSOCIATION OF APARTMENT OWNERS OF WAILEA EKAHI, CAROLYN ANTHONY, DAVID BERMAN, ROBERT CURRAN, RICHARD LINDSETH, DAN MCKENNA, and CATHY O'DONOHUE,<br><br>　　　　　Defendants. | CIVIL NO. 1:23-cv-00214 HG-WRP (Assault, Libel & Slander)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF CARL STRAUB, JR.'S (1) COMPLAINT AND JURY DEMAND FILED MAY 16, 2023 (ECF NO. 1) AND (2) FIRST AMENDED ARBITRATION DEMAND FILED ON JULY 3, 2024; ORDER<br><br>TRIAL DATE: Not yet determined.<br>JUDGE: The Honorable Helen Gillmor |

STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF CARL STRAUB, JR.'S (1) COMPLAINT AND JURY DEMAND FILED MAY 16, 2023 (ECF NO. 1) AND (2) FIRST AMENDED ARBITRATION DEMAND FILED ON JULY 3, 2024; ORDER

WHEREAS, on May 16, 2023, Plaintiff CARL STRAUB, JR. ("Plaintiff") filed his Complaint and Jury Demand [ECF No. 1] (the "Complaint") against Defendants ASSOCIATION OF APARTMENT OWNERS OF WAILEA EKAHI, CAROLYN ANTHONY, DAVID BERMAN, ROBERT CURRAN, RICHARD LINDSETH, DAN MCKENNA, and CATHY O'DONOHUE (collectively "Defendants").

WHEREAS, on September 28, 2023, the Court issued its Order Granting Defendants Association Of Apartment Owners Of Wailea Ekahi, Carolyn Anthony, David Berman, Robert Curran, Richard Lindseth, Dan McKenna, And Cathy O'Donohue's Motion To Compel Arbitration And Stay Litigation (ECF No. 27) [ECF No. 37], wherein the Court ordered a stay of proceedings pending the arbitration.

WHEREAS, on July 3, 2024, STRAUB filed and served his First Amended Arbitration Demand against Defendants (the "Arbitration Demand"), and an arbitration, DPR No. 23-0543-A, was commenced before the Honorable Joel E. August (Ret.), the Arbitrator (the "Arbitration"). The Arbitration has concluded.

WHEREAS, on July 10, 2025, the Court issued the Stipulation For The Lifting Of The Stay Of Proceedings; Order (ECF No. 41), lifting the stay of proceedings for the limited purpose of submitting this Stipulation For Dismissal.

ACCORDINGLY, IT IS HEREBY STIPULATED, by and among Plaintiff and Defendants, by and through their undersigned attorneys, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and subject to the approval of the Court, that:

1. Plaintiff hereby dismisses his Complaint and his Arbitration Demand, and all claims and allegations asserted therein against Defendants with prejudice;

2. Plaintiff and Defendants agree to bear responsibility for their own attorneys' fees and costs incurred in this lawsuit and in the Arbitration; and

3. There are no remaining claims and/or parties in this lawsuit and/or the Arbitration.

DATED: Honolulu, Hawaiʻi, July 10, 2025.

CADES SCHUTTE LLLP

*/s/ John P. Duchemin*
JOHN P. DUCHEMIN
DAVE K.K. MIYAMOTO
Attorneys for Plaintiff
CARL STRAUB, JR.

DATED:  Honolulu, Hawaiʻi, July 10, 2025.

                LI & TSUKAZAKI,
                Attorneys at Law, LLLC

                */s/ Matt A. Tsukazaki*
                MATT A. TSUKAZAKI
                TYLER A. TSUKAZAKI
                ALBERT K. LI
                Attorneys for Defendants
                ASSOCIATION OF APARTMENT
                OWNERS OF WAILEA EKAHI,
                CAROLYN ANTHONY, DAVID
                BERMAN, ROBERT CURRAN, RICHARD
                LINDSETH, and DAN MCKENNA

DATED:  Honolulu, Hawaiʻi, July 10, 2025.

                LUNG ROSE VOSS & WAGNILD

                */s/ Grant Fasi Allison*
                GRANT FASI ALLISON
                KATHERINE T. HIRAOKA
                Attorneys for Defendant
                CATHY O'DONOHUE

DATED: Honolulu, Hawaii, July 16, 2025.
APPROVED AND SO ORDERED:

_____
Helen Gillmor
United States District Judge

_____
CARL STRAUB, JR. v. ASSOCIATION OF APARTMENT OWNERS OF WAILEA EKAHI, et al.; CASE NO. 1:23-cv-00214 HG-WRP; *STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF CARL STRAUB, JR.'S (1) COMPLAINT AND JURY DEMAND FILED MAY 16, 2023 (ECF NO. 1) AND (2) FIRST AMENDED ARBITRATION DEMAND FILED ON JULY 3, 2024; ORDER*